*General Loevinger, Robert B. Hummel* and *William H. McManus* for the United States. ▮

OCTOBER 15, 1962.

No. 11. AVENT ET AL. *v.* NORTH CAROLINA. Certiorari, 370 U. S. 934, to the Supreme Court of North Carolina. The motion to remove this case from the summary calendar is denied. *Jack Greenberg* on the motion for petitioners.

No. 155. GIDEON *v.* COCHRAN, CORRECTIONS DIRECTOR. Certiorari, 370 U. S. 908, to the Supreme Court of Florida. The motion of the respondent to strike portions of designation of record is denied. *Richard W. Ervin,* Attorney General of Florida, and *Bruce R. Jacob,* Assistant Attorney General, on the motion. *Abe Fortas,* by appointment of the Court, 370 U. S. 932, and *Abe Krash* for petitioner, in opposition.

No. 598, Misc. IN RE DISBARMENT OF GATELY. IT IS ORDERED that John H. Gately, of Colorado Springs, Colorado, be suspended from the practice of the law in this Court and that a rule issue, returnable within forty days, requiring him to show cause why he should not be disbarred from the practice of the law in this Court.

No. 464, Misc. POWELL *v.* LANGLOIS, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. *William G. Grande* for petitioner.

No. 506, Misc. CARMELO *v.* MAXWELL, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.